# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Javier Burgos-Salvador | Case Number:<br>DR:22-M -01475(1) |

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     <u>(1) Javier Burgos-Salvador</u>
                                                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Javier BURGOS-Salvador, was arrested by Border Patrol Agents, on June 21, 2022 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 01/27/2021 through Hidalgo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title   **8**   United States Code, Section(s)   **1326(a)(1)**

| | |
|---|---|
| VICTOR ROBERTO GARCIA | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June, 23, 2022 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                                              Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at DEL RIO, Texas. | | |
| Date Received<br>June 23, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer<br>*(signature)* |
| Date of Arrest<br>June 21, 2022 | Melton, Lance T.<br>Border Patrol Agent | |